```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 13110
   COZETTA MASON
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

       Debtor
   SSN XXX-XX-8559


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/13/2006 and was confirmed 02/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 12/05/2007.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED VEHIC    14840.00       1339.26       2515.94
DRIVE FINANCIAL SERVICES  UNSECURED             .20            .00           .00
AARONS SALES & LEASING    UNSECURED        NOT FILED           .00           .00
ADULT CARE SPECIALISTS    UNSECURED        NOT FILED           .00           .00
AMERICASH LOANS LLC       UNSECURED          591.82            .00           .00
AMERICASH LOANS LLC       UNSECURED         1738.71            .00           .00
ASPIRE VISA               UNSECURED        NOT FILED           .00           .00
BALLYS TOTAL FITNESS      UNSECURED        NOT FILED           .00           .00
BAXTER CREDIT UNION       UNSECURED          933.49            .00           .00
CLEARCHECK                UNSECURED          204.20            .00           .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED           .00           .00
CORTRUST BANK             UNSECURED        NOT FILED           .00           .00
DAVID HANNAN              UNSECURED          199.00            .00           .00
GFS MARKETPLACE           UNSECURED        NOT FILED           .00           .00
GREENWICH FINANCE         UNSECURED        NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED           .00           .00
MCI COMMUNICATIONS        UNSECURED        NOT FILED           .00           .00
ISAC IDAPP                UNSECURED        25125.48            .00           .00
NICOR GAS                 UNSECURED          726.27            .00           .00
OMNIUM WORLDWIDE          UNSECURED        NOT FILED           .00           .00
PAYDAY LOAN STORE OF IL   UNSECURED        NOT FILED           .00           .00
PREMIER CREDIT UNION      UNSECURED         1417.22            .00           .00
QUEST DIAGNOSTIC          UNSECURED        NOT FILED           .00           .00
REWARDS 660               UNSECURED          466.90            .00           .00
SAGE TELECOM              UNSECURED        NOT FILED           .00           .00
SANTA BARBARA BANK & TRU  FILED LATE        1200.00            .00           .00
SPRINT PCS                UNSECURED        NOT FILED           .00           .00
ST ALEXIUS MEDICAL CENTE  UNSECURED          150.00            .00           .00
TCF NATIONAL BANK         UNSECURED        NOT FILED           .00           .00
TRANSWORLD SYSTEMS INC    UNSECURED        NOT FILED           .00           .00
TREE HOUSE APTS           UNSECURED        NOT FILED           .00           .00
TVMAX                     UNSECURED        NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 13110 COZETTA MASON
```

```
VILLAGE OF SCHAUMBURG PO UNSECURED      NOT FILED              .00           .00
VILLAGE OF SCHAUMBURG    UNSECURED      NOT FILED              .00           .00
VILLAGE OF SCHAUMBURG    NOTICE ONLY    NOT FILED              .00           .00
VILLAGE OF SCHAUMBURG CO UNSECURED      NOT FILED              .00           .00
VINCENT PELLETIERE       UNSECURED      NOT FILED              .00           .00
WOW INTERNET & CABLE     UNSECURED      NOT FILED              .00           .00
INTERNAL REVENUE SERVICE PRIORITY        2514.19               .00           .00
FAIRLANE CREDIT LLC      UNSECURED       6627.06               .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED       1805.41               .00           .00
AMERICAN CASH N GO       UNSECURED       1548.20               .00           .00
SHIBU VARGESE            UNSECURED       2800.00               .00           .00
B-LINE LLC               UNSECURED        710.00               .00           .00
NELLA E MARIANI          ATTORNEY        2500.00               .00       1085.48
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY         .00                             .00
TOM VAUGHN               TRUSTEE                                          331.82
DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   5,272.50

PRIORITY                                                 .00
SECURED                                             2,515.94
    INTEREST                                        1,339.26
UNSECURED                                                .00
ADMINISTRATIVE                                      1,085.48
TRUSTEE COMPENSATION                                  331.82
DEBTOR REFUND                                            .00
                         ---------------      ---------------
TOTALS                    5,272.50                  5,272.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 03/25/08          _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                         PAGE   2
           CASE NO. 06 B 13110 COZETTA MASON